773 S.E.2d 912

**The STATE, Respondent,**

v.

**Darren SCOTT, Petitioner.**

**Appellate Case No. 2013–002247.**
**No. 27539.**

Supreme Court of South Carolina.

Heard April 22, 2015.
Decided July 1, 2015.

---

Chief Appellate Defender, Robert Michael Dudek and Appellate Defender, David Alexander, both of Columbia, for petitioner.

Attorney General, Alan McCrory Wilson and Assistant Attorney General, Mark R. Farthing, both of Columbia, for respondent.

PER CURIAM.

We granted certiorari to review the court of appeals' opinion in *State v. Scott*, 405 S.C. 489, 748 S.E.2d 236 (Ct.App.2013). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., BEATTY, KITTREDGE and HEARN, JJ., concur.

PLEICONES, J., concurring in result only.